UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BROOKE L. MOSHER,<br><br>        Plaintiff,<br><br>    v.<br><br>TERRY JONES-SMITH &<br>DENA JONES-SMITH,<br><br>        Defendants. | Case No. 3:24-cv-00023-JPG |

## **MEMORANDUM AND ORDER**

      This matter comes before the Court on a motion for leave in forma pauperis (Doc. 4). The Plaintiff submitted the motion on January 2, 2024, alongside motions for service of process at government expense and motion for recruitment of counsel. Finding the court has no subject matter jurisdiction, the Court **DISMISSES** this case **without prejudice** and **DENIES** all pending motions as moot.

      The Plaintiff filed a complaint on January 2, 2024, alleging that the foster parents of her biological child were negligent in providing for her child. (Doc. 3). The Plaintiff alleges damages over $75,000 and all parties are citizens of Illinois. (*Id*.)

      Federal Courts have limited jurisdiction. Accordingly, a federal court only has authority to hear a case that falls under the laws of the United States ("federal question or original jurisdiction") or concerns citizens of different states, in an amount exceeding $75,000 ("diversity jurisdiction.") Regarding diversity jurisdiction, the parties must be completely diverse from one another, meaning that no one Plaintiff is a citizen of the same state as any Defendant. If at least one Plaintiff is a citizen of the same state as at least one Defendant, a federal court has no jurisdiction to rule on the claim.

Here, the Plaintiff has sued for negligence and has not cited any federal laws. Consequently, the Plaintiff must show that they qualify for diversity jurisdiction. While the Plaintiff has alleged damages in excess of $75,000; the Plaintiff's complaint lists the residential address of all parties as being in Illinois. As the Plaintiff and Defendants are citizens of Illinois, the parties are not diverse. Additionally, the complaint marks that this is a child custody / family law case; cases that are traditionally reserved for state courts, not federal courts.

## CONCLUSION

The Court, finding that it has no subject matter jurisdiction here, hereby **DISMISSES** this case **without prejudice** and **DENIES** all pending motions as moot.

**IT IS SO ORDERED.**
**DATED:  January 23, 2024**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**