# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BROOKE L. MOSHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:24-cv-00023-JPG |
| | ) |
| TERRY JONES-SMITH & | ) |
| DENA JONES-SMITH, | ) |
| | ) |
| Defendants. | |

## JUDGMENT IN A CIVIL CASE

The Court, having considered all the issues presented in this case;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed without prejudice.

**DATED:  January 23, 2024**

                                       MONICA A. STUMP, Clerk of Court

                                       By:    *s/Tina Gray*
                                                   Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
                  J. PHIL GILBERT
                  U.S. DISTRICT JUDGE